**RECEIVED**

**OCT 25 2013**

**BY MAIL**

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Eastern District of Missouri |
|---|---|---|
| Name (under which you were convicted): Vernon Wilson | | Docket or Case No.: |
| Place of Confinement: FCI Milan | | Prisoner No.: 37522-044 |
| UNITED STATES OF AMERICA  V. | | Movant (include name under which convicted) Vernon Wilson |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: _____
   United States Federal Court-Eastern District of Missouri

   (b) Criminal docket or case number (if you know): 4:10CR00390 AGF

2. (a) Date of the judgment of conviction (if you know): March 3, 2011
   (b) Date of sentencing: July 13, 2011

3. Length of sentence: 120 Months

4. Nature of crime (all counts): Deprivation of Rights (4 Cts.) 18 USC 242
   False Statements (2 Cts.). 18 USC 1001

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to? Not applicable (N/A)

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☒   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?  Yes ☒  No ☐

9. If you did appeal, answer the following:
   (a) Name of court: Eighth Circuit Court of Appeals
   (b) Docket or case number (if you know): 11-2623
   (c) Result: conviction affirmed
   (d) Date of result (if you know): August 2, 2012
   (e) Citation to the case: United States v. Wilson, 686 F.3d 868 (8th Cir. 2012), cert denied, 133 S. Ct. 873.
   (f) Grounds raised: 1) The applicable guideline range was incorrectly determined because the district court improperly applied a two-point enhancement pursuant to U.S.S.G. Section 3A1.3 for the victims' being restrained at the time of the charged offense because they were locked up in the Washington County Jail.

   2) The applicable guideline range was incorrectly determined because the district court improperly applied the aggravated assault baseline, or alternatively, incorrectly applied a two-point enhancement pursuant to U.S.S.G. Section 2A2.2 for the victim's sustaining "serious bodily injury," the time of the charged offense because they were locked up in the Washington County Jail.

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☒  No ☐
   If "Yes," answer the following:
       (1) Docket or case number (if you know): 12-6998
       (2) Result: Certiorari denied
       (3) Date of result (if you know): January 7, 2013
       (4) Citation to the case (if you know): Wilson v. United States, 133 S. Ct. 873 (2013).
       (5) Grounds raised: 1) The Court should grant the petition to decide if a two-point enhancement pursuant to § 3A1.3 of the United State Sentencing Guidelines, "Restraint of the Victim" should be applied when the sole means of restraint is lawful incarceration.

       2) The Court should grant the petition to decide if the base offense level for a civil rights violation, § 2H1.1 of the United State Sentencing Guidelines, should be superseded by the § 2A2.2 base offense level for aggravated assault when a defendant is charged and convicted of a civil rights violation.

       3) The Court should grant the petition to decide if a court can exceed the jury's verdict by finding that the victim sustained "serious bodily injury", which was outside the scope and breadth of the government's charges and the jury's findings, thereby triggering a sentencing enhancement based upon this court-found aggravation, after a jury's guilty verdict on an indictment that charged a defendant with a civil rights violation, wherein the victim sustained "bodily injury"

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A

   (4)  Nature of the proceeding:   N/A
   (5)  Grounds raised:   N/A

   (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐
   (7)  Result:   N/A
   (8)  Date of result (if you know):   N/A

(b) If you filed any second motion, petition, or application, give the same information:
   (1)  Name of court:   N/A
   (2)  Docket of case number (if you know):   N/A
   (3)  Date of filing (if you know):   N/A
   (4)  Nature of the proceeding:   N/A
   (5)  Grounds raised:   N/A

   (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐
   (7)  Result:   N/A
   (8)  Date of result (if you know):   N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?   N/A
   (1)  First petition:   Yes ☐    No ☐
   (2)  Second petition:   Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** <u>   Ineffective Assistance of Counsel   </u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Real Attorney Burton H. Shostak Failed to Interview or Subpoena alleged Victims of the Injuries, which I made clear to Mr. Shostak that I wanted done. I was also informed by Mr. Shostak that the U.S. Attorney would have them present in court Numerous Times, and Again Mr. Shostak Failed to grant effective Assistance by Failure to obtain medical Records of the alleged Victims

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>Claims of Ineffective Assistance of Counsel are properly raised in a Section 2255 petition not on direct appeal.</u>

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: <u>   N/A   </u>

Name and location of the court where the motion or petition was filed: <u>   N/A   </u>

Docket or case number (if you know): <u>   N/A   </u>
Date of the court's decision: <u>   N/A   </u>
Result (attach a copy of the court's opinion or order, if available): <u>   N/A   </u>

(3) Did you receive a hearing on your motion, petition, or application?   N/A
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?   N/A
    Yes ☐   No ☐
(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?   N/A
    Yes ☐   No ☐
(6) If your answer to Question (c)(4) is "Yes," state:   N/A
    Name and location of the court where the appeal was filed:   N/A

    Docket or case number (if you know):   N/A
    Date of the court's decision:   N/A
    Result (attach a copy of the court's opinion or order, if available):   N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO:  Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Attorney Burton H. Shostak Failed to negotiate a plea agreement. The U.S. Attorney offered 36 months, in the presence of the judge, or stated they would entertain a counter offer within 24 hours. Well within this time period I contacted Mr. Shostak and told him to accept their offer with Nolo Contendere, Shostak said to proceed to his office to sign papers, that it was a "Deal." Upon arrival at his office he then stated that the deal was withdrawn. Shostak Failed to pursue counter offer or other remedy.

(b) **Direct Appeal of Ground Two:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _Claims of Ineffective Assitance of Counsel are properly Raised in a Section 2255 Petition Not on Direct appresl_

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ☐    No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:   N/A

Name and location of the court where the motion or petition was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   n/A

  (3) Did you receive a hearing on your motion, petition, or application?   N/A

    Yes ☐    No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?   N/A

    Yes ☐    No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?   N/A

    Yes ☐    No ☐

  (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

  (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Attorney Burton H. Shortak Failed to Interview or have present at Trial Former Employers and colleques who could have given positive Information to my Character and Non-violent Nature spanning 30 years In Law Enforcement. There actions or lack thereof Denied Due Process.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Claims of Ineffective Assistance of Counsel are properly Raised In a Section 2255 petition not on direct appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?   N/A

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?   N/A

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?   N/A
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____N/A_____

Docket or case number (if you know): _____N/A_____
Date of the court's decision: _____N/A_____
Result (attach a copy of the court's opinion or order, if available): _____N/A_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND FOUR:** _Ineffective Assistance of Counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Trial Attorney Barton H. Shostak failed to perform in a apparent professional competent and mentally competent mannerism as observed and commented by the U.S. Attorney and trial judge several times throughout his oral examination of parties testifying. He was questioned by the judge at least once words to the effect of "What are you talking about?" as Shostak was cross-examining and making no sense with his questioning

(b) **Direct Appeal of Ground Four:**
(1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☒
(2) If you did not raise this issue in your direct appeal, explain why:
Claims of Ineffective Assistance of Counsel are properly raised in section 2255 petition not on direct appeal

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ~~ONE~~ FIVE: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Attorney Burton H. Shostak Failed to compel Agent Cunningham to Answer Questions Regarding my Alibi, And his lack of Investigating same. Shostak Further Did Not Request the Judge to Inform Cunningham to Answer. Shostak was Fully aware that the proof of my alibi was In the possession of my wife present In the court easily obtained over the Internet making it hard to believe that Any officer would Not Check all Alibis And Report his findings Freely.

(b) **Direct Appeal of Ground ~~One~~ Five:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Claim Both Ineffective Assistance of Counsel properly Raised In a Section 2255 petition Not on Direct appeal

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available):
N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐   NA

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐   NA

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA
Date of the court's decision: NA
Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: NA

GROUND ~~Two~~ Six: INEFFECTIVE ASSISTANCE of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Trial attorney Burton H. Shostak would not allow me to testify knowing that I wanted to testify. He said in his opening statement that he had complete say so whether I testified and repeated this to me numerous times which left me confused when asked by the court as I had no experience in a Federal Court proceeding and had observed Chostak on numerous occasions questioned by the court on "mannerisms".

(b) Direct Appeal of Ground ~~Two~~ Six:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Claims of Ineffective Assistance of Counsel propaly raised in Section 2255 petition not on Direct appeal

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐    No ☐   NA

(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: NA
Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): NA
Date of the court's decision: NA
Result (attach a copy of the court's opinion or order, if available): NA

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐    No ☐   NA

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐    No ☐   NA

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐    No ☐   NA

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA
Date of the court's decision: NA
Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: NA

GROUND ~~Three~~: Seven: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Attorney Burton H. Shostak failed to interview or have present witnesses which would have solidified my Innocense having complete knowledge who there people were and there addresses. Also Shostak failed to obtain copies of my Internal police Reports on each Incident and make the needed Inquiries to prove that this entire ordeal was politics and people serving their personal self-Interest or agendae's as in the presence of my wife I was advised to withdraw from seeking the elective office of Sheriff

(b) Direct Appeal of Ground ~~Three~~: Seven:

  (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☐
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☐
  (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available):
N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND Eight: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Trial Attorney Burton H. Shostak Refused to address possible Departure from agreed upon jury Instructions given, when I questioned him on what I perceived as a crucial Breach with the Instructions He "shrugged" his shoulders AND said Nothing.

(b) Direct Appeal of Ground Eight:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:
      N/A

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐     No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:   N/A

Name and location of the court where the motion or petition was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

   (3) Did you receive a hearing on your motion, petition, or application?   N/A

      Yes ☐     No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?   N/A

      Yes ☐     No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?   N/A

      Yes ☐     No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
Ineffective Assistance of Counsel and all grounds encompassed therein, were not presented prior to this proceeding, as such claims are properly raised in a Section 2255 proceeding and not in any other proceeding.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:
    (a) At the preliminary hearing:   N/A
    (b) At the arraignment and plea:   Burton H. Shostak, 8015 Forsyth Blvd., St. Louis, Missouri, 63105
    (c) At the trial:   Burton H. Shostak, 8015 Forsyth Blvd., St. Louis, MO 63105
    (d) At sentencing:
    Matthew A. Radefeld, 7710 Carondelet Avenue, Suite 350, Clayton, MO 63105
    (e) On appeal:   Matthew A. Radefeld, 7710 Carondelet Avenue, Suite 350, Clayton Missouri, 63105
    (f) In any post-conviction proceeding:   N/A
    (g) On appeal from any ruling against you in a post-conviction proceeding:   N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:   N/A

(b) Give the date the other sentence was imposed:   N/A

(c) Give the length of the other sentence:   N/A

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐   N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The United States Supreme Court denied certiorari on January 7, 2013. This petition is filed within the year of that date and is therefore timely.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has

been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: __That this Honorable Court vacate the Conviction and Sentence__

or any other relief to which movant may be entitled.

N/A
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system, first class postage prepaid on __10-22-2013__ (month, date, year).

Executed (signed) on __[signature] 10-22-13__ (date)

__[signature] — 10-22-2013__
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
N/A